**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **PHILOS TECHNOLOGIES, INC.**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 7240 |
| ) | |
| **PHILOS & D, INC.**, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM ORDER**

This Court's April 8, 2014 memorandum opinion and order concluded by (1) ordering the entry of judgment in favor of Philos & D, Inc., Don-Hee Park and Jae-Hee Park and against Philos Technologies, Inc. in the sum of $729,832.72 and (2) directing counsel for the parties to seek to reach agreement as to the appropriate amount of "fees on fees" to be added to that figure in calculating a final overall judgment figure. Counsel for the parties have complied with that last directive by reaching a stipulation that the appropriate amount of such "fees on fees" is $48,657. Accordingly this Court orders that a final judgment in defendants' favor and against plaintiff be entered in the aggregate sum of $778,489.72, with each side reserving its appellate rights in that respect.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 30, 2014