**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **PHILOS TECHNOLOGIES, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **Case No. 08 C 7240** |
| | ) | |
| **PHILOS & D, INC.**, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AGREED MOTION TO SET SUPERSEDEAS BOND**

Pursuant to Federal Rule of Civil Procedure 62(d), Plaintiff requests that this Court enter an order approving a supersedeas bond, in the amount described, and in support respectfully states as follows:

1. On April 30, 2014, final judgment was entered for the Defendants and against the Plaintiff in the amount of $778,489.72.

2. Plaintiff and Defendants now agree that a supersedeas bond in the amount of $817,414.20 should be more than adequate in today's interest rate environment to secure this judgment pending appeal. The figure agreed upon was calculated as 105% of the total judgment amount.

WHEREFORE, Plaintiff respectfully requests that this Court approve a supersedeas bond, or its equivalent, to be filed by the Plaintiff in the amount of $817,414.20, in order to secure the April 30, 2014 judgment pending appeal.

Date: May 5, 2014                                  /s/ Adam Goodman

Adam Goodman (6229333)
**GOODMAN TOVROV
    HARDY & JOHNSON LLC**
105 West Madison Street, Suite 1500
Chicago, Illinois 60602
(312) 238-9592
Fax: (312) 264-2535
adam@thegoodmanlawoffices.com